**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EXPRESS MOBILE, INC.<br><br>Plaintiff,<br><br>v.<br><br>HUBSPOT, INC.,<br><br>Defendant. | ) | C.A. No. 1:20-cv-01162-RGA |
| EXPRESS MOBILE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SQUARESPACE, INC.,<br><br>Defendant. | ) | C.A. No. 1:20-cv-01163-RGA |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 3, 2022, a true and correct copy of *Express Mobile, Inc.'s Opening Claim Construction Brief (with Exhibits 1 through 1L)* was served upon the following counsel via electronic mail:

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for HubSpot, Inc.*

Andrew S. Ong
Brett M. Schuman
Abdul Abdullahi
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
aong@goodwinlaw.com
bschuman@goodwinlaw.com
aabdullahi@goodwinlaw.com

Kevin J. Spinella
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
kspinella@goodwinlaw.com

*Attorneys for HubSpot, Inc.*

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Squarespace, Inc.*

Adam R. Brausa
Timothy C. Saulsbury
Vera Ranieri
Raghav R. Krishnapriyan
Eric C. Wiener
Annie Lee
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
abrausa@durietangri.com
tsaulsbury@durietangri.com
vranieri@durietangri.com
rkrishnapriyan@durietangri.com
ewiener@durietangri.com
alee@durietangri.com

SERVICE-SQUARESPACE@durietangri.com

*Attorneys for Squarespace, Inc.*

Dated: June 6, 2022

**DEVLIN LAW FIRM LLC**

*<u>/s/ Timothy Devlin</u>*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

Steven J. Rizzi (*pro hac vice*)
srizzi@mckoolsmith.com
Ramy Hanna (DE Bar No. 5494)
rhanna@mckoolsmith.com
**MCKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
T: 212.402.9400

Christopher P. McNett (*pro hac vice*)
cmcnett@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1999 K Street, NW
Suite 600
Washington, DC 20006
T: 202.370.8300

*Attorneys for Plaintiff Express Mobile, Inc.*