**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SQUARESPACE, INC.,<br><br>Defendant. | Case No. 20-1163-RGA-JLH |
| EXPRESS MOBILE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HUBSPOT, INC.,<br><br>Defendant. | Case No. 20-1162-RGA-JLH |

**STIPULATION REGARDING THE SCOPE OF DEFENDANTS' IPR ESTOPPEL**

Pursuant to the Court's guidance at the June 22, 2022 hearing on Defendants Squarespace, Inc. ("Squarespace")'s and HubSpot, Inc.("HubSpot")'s motions for stays[1] in the above-captioned matters, Squarespace and HubSpot hereby stipulate, subject to the approval of the Court, as follows:

In the event the Court enters stays in the above-captioned litigations until the conclusion of the currently pending *inter partes* review proceedings captioned IPR2021-01224, IPR2021-01226, IPR2021-01455, IPR2021-01456, and IPR2021-01457 (including any IPR proceedings joined with these proceedings) through the final written decision(s) to be issued by the Patent Trial and Appeal Board, Squarespace and HubSpot each agree to be bound by the statutory estoppel that would attach under 35 U.S.C. § 315(e)(2) to a party joining a proceeding pursuant to 35 U.S.C. § 315(c).

Respectfully submitted,

Dated: June 24, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Fl.
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

[1] D.I. 50 (Squarespace); D.I. 44 (HubSpot).

Brett M. Schuman
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 733-6000

Andrew S. Ong
Abdul Abdullahi
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100

*Attorneys for Defendant HubSpot, Inc.*

Adam R. Brausa
Timothy C. Saulsbury
Vera Ranieri
Raghav R. Krishnapriyan
Eric C. Wiener
Annie A. Lee
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666
abrausa@durietangri.com
tsaulsbury@durietangri.com
vranieri@durietangri.com
rkrishnapriyan@durietangri.com
ewiener@duritangri.com
alee@durietangri.com

*Attorneys for Defendant Squarespace, Inc.*

IT IS SO ORDERED this 24th day of June, 2022.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE