DEVLIN LAW FIRM LLC
INTELLECTUAL PROPERTY LAW

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

OCTOBER 30, 2023

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
Wilmington, DE 19801

Re: *Express Mobile, Inc. v. HubSpot, Inc.*, C.A. No. 20-1162-RGA-JLH;
*Express Mobile, Inc. v. Squarespace, Inc.*, C.A. No. 20-1163-RGA-JLH

Dear Judge Andrews:

Pursuant to D.I. 68 (in C.A. 20-1162) and D.I. 73 (in C.A. 20-1163), Plaintiff Express Mobile Inc. ("Express Mobile") and Defendants Squarespace, Inc. ("Squarespace") and HubSpot, Inc. ("HubSpot") provide this status update.

The parties had previously stipulated to a stay of the above-referenced litigations until the conclusion of the currently pending *inter partes* review proceedings for the patents-in-suit, captioned IPR2021-01224, IPR2021-01226, IPR2021-01455, IPR2021-01456, and IPR2021-01457 (including any IPR proceedings joined with these proceedings) (collectively, "the IPR Proceedings") through the final written decision(s) to be issued by the Patent Trial and Appeal Board ("PTAB"). D.I. 65 in C.A. 20-1162 and D.I. 69 in C.A. 20-1163.

On January 11, March 1 and March 14 of 2023, the PTAB issued final written decisions finding the challenged claims in the IPR Proceedings unpatentable. Express Mobile is in the process of appealing the decisions from the IPR Proceedings to the Federal Circuit. As such, the parties agree that the stay that has been entered in the above-captioned litigations should remain in place until the conclusion of all appeals arising out of the IPR Proceedings. The parties propose submitting a status report within 30 days after the issuance of the last, non-appealable decision.

Respectfully submitted,

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
tdevlin@devlinlawfirm.com

Ramy E. Hanna
MCKOOL SMITH
600 Travis Street
Suite 7000
Houston, TX 77002
(713) 485-7300
rhanna@mckoolsmith.com

Steven J. Rizzi
MCKOOL SMITH
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 1001
(212) 402-9400
srizzi@mckoolsmith.com

*Attorneys for Plaintiff*
*Express Mobile, Inc.*

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Andrew S. Ong *(pro hac vice)*
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100
aong@goodwinlaw.com

Brett M. Schuman *(pro hac vice)*
GOODWIN PROCTER LLP
Three Embarcadero Center, 28th Fl.
San Francisco, CA 94111
(650) 752-3100
bschuman@goodwinlaw.com

*Counsel for Defendant*
*HubSpot, Inc.*

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Adam R. Brausa
Timothy C. Saulsbury
Vera Ranieri
Eric C. Wiener
Annie A. Lee
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
abrausa@mofo.com
tsaulsbury@mofo.com
vranieri@mofo.com
ewiener@mofo.com
alee@mofo.com

*Attorneys for Defendant
Squarespace, Inc.*

cc: Clerk of the Court (via CM/ECF)